**STATE of Missouri, Respondent,**

v.

**Erik Wayne CASE, Appellant.**

**No. WD 65703.**

Missouri Court of Appeals,
Western District.

Sept. 29, 2006.

---

Nancy A. McKerrow, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before: HOWARD, C.J., ELLIS and HARDWICK, JJ.

## ORDER

PER CURIAM.

Erik Case appeals from his conviction for possession of a controlled substance and ten-year prison sentence. He contends the trial court erred in admitting testimony regarding the typical amount of marijuana a user would possess. Upon review of the briefs and the record, we find no error and affirm the conviction.

The parties have been provided with a memorandum explaining the reasons for our decision because a published opinion would serve no jurisprudential purpose.

AFFIRMED. Rule 30.25(b).